Name: Paul Hansmeier
Prison Number: 20953-041, Unit F
Address or Place of Confinement: Federal Correctional Institution, P.O. Box 1000, Sandstone, MN 55072

RECEIVED BY MAIL
OCT 17 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## for the District of Minnesota

Full Name (First, Middle, Last): Paul Robert Hansmeier

Petitioner,

vs.

Name of Warden (or other authorized person having custody of petitioner): Michel J. LeJeune

Respondent.

CASE NO. 22-cv-2590 PJS/JFD
(to be supplied by the Clerk of the United States District Court)

**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY**

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6. __X__ other  Computation of Sentence

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

SCANNED
OCT 17 2022
U.S. DISTRICT COURT MPLS

# PETITION

(1) Place of detention: **Sandstone FCI**

(2) Name and location of court which imposed sentence: **District of Minnesota**

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: **Conspiracy to commit mail + wire fraud and Conspiracy to commit money laundering**

(4) The date upon which sentence was imposed and the terms of the sentence: **6/14/19 · 168 month term of imprisonment**

(5) What was your plea (check one):   Not guilty ( )   Guilty (X)   Nolo contendere ( )

(6) Kind of trial (check one):   Jury ( )   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (X)   No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: **Eighth Circuit**
Grounds raised (list each):
1) **Offense charged was not a crime**
2) **Excessive Restitution**
Result/Date of result: **Affirmed**

SECOND APPEAL:
Name of court: _____
Grounds raised (list each):
1) _____
2) _____
Result/Date of result: _____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground. If necessary attach additional pages behind this page.

CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

---

GROUND ONE _Sentence Miscalculation_

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

The Bureau of Prisons is miscalculating Hansmeier's sentence. Under the First Step Act, adults in custody who are "eligible inmates" within the meaning of 28 C.F.R. § 523.41(d) begin earning First Step Act Time Credits when they arrive or voluntarily surrender at their designated facility, 28 C.F.R. § 543.42, and stop earning credits only under the circumstances defined in 28 C.F.R. § 543.41(c). Hansmeier self surrendered on July 7, 2019, and as a low/minimum PATTERN score person, should have received 15 FSA time credits for each month of his imprisonment -- or ~19 months as of the date of this petition. The BoP has erroneously calculated Hansmeier's FSA time credits in the amount of ~8 months. Hansmeier is requesting a full award of TC.

GROUND TWO _the amount of FSA time used_

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes (X)   No ( )   If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL          Level of appeal: _BP-8_
Grounds raised (list each):
   1) _Sentence Miscalculation_
   2) _____
Result/Date of result: _Remedy unavailable while BoP develops FSA time credit appeal process_

SECOND ADMINISTRATIVE APPEAL       Level of appeal: _No remedy available_
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result _____

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

THIRD ADMINISTRATIVE APPEAL         Level of appeal: No remedy available
Grounds raised (list each):
    1) _____
    2) _____
Result/Date of result: _____

FOURTH ADMINISTRATIVE APPEAL        Level of appeal: No remedy available
Grounds raised (list each):
    1) _____
    2) _____
Result/Date of result: _____

(11) Is the grievance process completed?   Yes ( )   No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )    No (X)

(13) If your answer to Question #13 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: _____
Nature of proceeding: _____
Grounds raised (list each):
    1) _____
    2) _____
Result/Date of result: _____

SECOND PREVIOUS PETITION
Name of court: _____
Nature of proceeding: _____
Grounds raised (list each):
    1) _____
    2) _____
Result/Date of result: _____

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.

N/A

(15)   Are you presently represented by counsel?

   Yes ( )         "No (X)

   If so, provide your attorney's name, address, and telephone number:
   _____
   _____

(16)   If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

   Yes ( )         No ( )

   Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

10/13/22
(Date)

(Signature of Petitioner)

_____
(Signature of Attorney, if any)

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY