0:22-cv-02590-PJS-JFD Hansmeier v. LeJeune

A bill payment has been successfully submitted on Pay.gov for:

    Application Name: MND CM ECF
    Bill Name: MND CM ECF Bill
    Pay.gov Tracking ID: 272A6MNK
    Agency Tracking ID: AMNDC-0000319
    Bill Amount: $5.00
    Payment Pay.gov Tracking ID: 272AJCVT
    Transaction Amount: $5.00
    Transaction Date: 11/06/2022 08:29:44 AM EST

If you have any questions or concerns regarding this bill payment, please contact Pay.gov Customer Service by phone at 800-624-1373 or by email at [pay.gov.clev@clev.frb.org](mailto:pay.gov.clev@clev.frb.org).

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.