# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL ROBERT HANSMEIER, | Case No. 22-CV-2590 (PJS/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| MICHEL J. LEJEUNE, | |
| Respondent. | |

Petitioner Paul Robert Hansmeier has filed a letter expressing a belief that the issue presented in his petition for a writ of habeas corpus might soon become moot. (Dkt. No. 5.) He requests that the Court therefore defer ruling on the issue of whether he has exhausted all available administrative remedies on his claim for relief. The request is granted, and Mr. Hansmeier is directed to file a status update no later than **March 1, 2023**, regarding whether he has been granted the relief that he seeks from the Federal Bureau of Prisons.

**SO ORDERED.**

Dated: January 20, 2023

                                                   *s/ John F. Docherty*
                                                 JOHN F. DOCHERTY
                                                 United States Magistrate Judge