RECEIVED BY MAIL
FEB 21 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Hansmeier,<br>    Petitioner,<br>v.<br>Michel LeJeune,<br>    Respondent. | 22-cv-2590 (PJS/JFD)<br><br>RESPONSE TO COURT'S JANUARY 20, 2023 ORDER |

Petitioner Paul Hansmeier respectfully submits this status update in compliance with the Court's January 20, 2023, order. Dkt. 6. Hansmeier filed this 2241 petition to recover First Step Act time credits that the Bureau of Prisons was denying him on account of Hansmeier not completing certain surveys and being subject to administrative detention. For reasons that now appear to be moot, Hansmeier believed that the Bureau of Prisons' actions were contrary to law. The Bureau of Prisons has since awarded Hansmeier the once-denied credits, so Hansmeier suggests that his claims are now moot.

Respectfully submitted,

Dated: 2/16/23

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072