UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PAUL ROBERT HANSMEIER,                  Case No. 22-CV-2590 (PJS/JFD)

       Plaintiff,

v.                                                      ORDER OF DISMISSAL

MICHEL J. LEJEUNE,

       Defendant.

---

Based upon plaintiff's response to the Court's order filed on February 21, 2023 [ECF No. 7],

IT IS ORDERED that this action is dismissed without prejudice as MOOT.

Dated: February 22, 2023

                                                              s/Patrick J. Schiltz
                                                              Patrick J. Schiltz, Chief Judge
                                                             United States District Court